UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-31 |
| Plaintiff, | Hon. Maarten Vermaat
U.S. Magistrate Judge |
| v. | |
| DARNELL SHAROD ADAMS-MLLER, | |
| Defendant. | |
| _____/ | |

**ORDER FOR DETENTION**

Defendant appeared before the undersigned for hearing on the Government's motion for detention (ECF No. 7) on September 15, 2020. Defense counsel advised the Court that there are two outstanding warrants for Defendant for a parole violation and a failure-to-appear on a state criminal charge. Defendant would be arrested on these warrants if released on bond by this Court. Defendant requested additional time to resolve these situations. Defendant waived detention hearing at this time and reserved his right to a hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: September 15, 2020                /s/ *Maarten Vermaat*
                                         MAARTEN VERMAAT
                                         U.S. MAGISTRATE JUDGE